**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MARIA MANDUJANO SANCHEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:21-cr-00328-GMN-DJA-1 <br><br> **ORDER** |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MARIA MANDUJANO SANCHEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:21-cr-00226-JCM-NJK <br><br> **ORDER** |

Pending before the Court is the Unopposed Motion to Consolidate Cases, (ECF No. 21), filed by Defendant Maria Mandujano Sanchez ("Defendant").[1]  In the Unopposed Motion, Defendant requests the Court consolidate Case Nos. 2:21-cr-00226-JCM-NJK and 2:21-cr-00328-GMN-DJA-1 into Case No. 2:21-cr-00328-GMN-DJA-1.  "The government and Mrs. Mandujano-Sanchez agree to this resolution." (Unopposed Mot. Consolidate 4:8, ECF No. 21).  Given that the motion is unopposed, the Court grants Defendant's request to consolidate.

///

---

[1] Defendant also filed an Unopposed Motion to Consolidate Cases in Case No. 2:21-cr-00226-JCM-NJK. (*See* Unopposed Mot. Consolidate, ECF No. 65, Case No. 2:21-cr-00226-JCM-NJK).

**IT IS HEREBY ORDERED** that the Clerk of Court consolidate the proceedings in Case Nos. 2:21-cr-00226-JCM-NJK and 2:21-cr-00328-GMN-DJA-1 into Case No. 2:21-cr-00328-GMN-DJA before District Judge Gloria M. Navarro and Magistrate Judge Daniel J. Albregts for all further proceedings.

**DATED** this __27__ day of June, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court

_____
James C. Mahan, District Judge
United States District Court