CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00328-GMN-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (Fourth Request) |
| vs. | |
| MARIA MANDUJANO-SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, and JACQUELINE TIRINNANZI, counsel for Defendant MARIA MANDUJANO-SANCHEZ, that the sentencing hearing in the above-captioned matter, currently scheduled for January 17, 2023, at 10:00 a.m., be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.      The undersigned AUSA will be unavailable on January 17, 2023, for the currently scheduled sentencing hearing and then is set to begin trial on January 24, 2023, in another case (*United States v. Isaiah Tisby*, 2:22-cr-00088-ART-BNW).

1

2.      Counsel for defense is currently set to begin trial January 9, 2023 (*United States v. Adam Pacheco*, 2:19-cr-00248-KJD-DJA) which may conflict with the currently scheduled sentencing hearing.

3.      The parties agree to the continuance.

4.      Ms. Mandujano-Sanchez is in custody and agrees to the proposed continuance.

5.      This is the <u>fourth</u> request for a continuation of the sentencing hearing.

DATED:  October 26, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
_____
ALLISON REESE
Assistant United States Attorney


*/s/ Jacqueline Tirinnanzi*
_____
JACQUELINE TIRINNANZI
Counsel for Defendant Maria Mandujano-Sanchez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00328-GMN-DJA |
| Plaintiff, | **ORDER** |
| vs. | |
| MARIA MANDUJANO-SANCHEZ, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The undersigned AUSA will be unavailable on January 17, 2023, for the currently scheduled sentencing hearing.

2.      The parties agree to the continuance.

3.      Ms. Mandujano-Sanchez is in custody and agrees to the proposed continuance.

4.      This is the <u>fourth</u> request for a continuation of the sentencing hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing date.

///

///

///

///

///

///

///

3

1

**<u>ORDER</u>**

2

  IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

3

January 17, 2023, at 10:00 a.m., be vacated and continued to _____February 14_____, 2023, at the

4

hour of 10:00 a.m.

5

DATED this ___1___ day of _November_ ████, 2022.

6

7

8

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24