Case 2:21-cr-00328-GMN-DJA   Document 62   Filed 01/22/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America )
v. )
Mandujano-Sanchez' )
) Case No: 2:21-cr-328-GMN-DJA
) USM No: 32083-509
Date of Original Judgment: 07/10/2023 )
Date of Previous Amended Judgment: ) Madeline Lal
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons set forth in the Court's Order, (ECF No. 61), Defendant's Motion for Sentence Reduction is DENIED.

Except as otherwise provided, all provisions of the judgment dated 07/10/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 22, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*  *Printed name and title*